UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

                                          Plaintiff(s),

                                              ***MEDIATION CERTIFICATION***

                                          _____ - cv - _____

                v.

                                          Defendant(s).

_____

    I hereby certify that:

☐ The mediation session scheduled for_____ has been adjourned to _____.

☐ Case settled prior to the first mediation session.

☐ Mediation session was held on _____.

    *Case has settled.* (Comment if necessary).

    *Case has settled in part.* (Comment below). Mediation will continue on_____.

    *Case has settled in part.* (Comment below). Mediation is complete.

    *Case has not settled.* Mediation will continue on _____.

    *Case has not settled.*

*Date:* _____          *Mediator: /S/* _____

*Additional Comments:*
_____
_____
_____