

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES
ROCHESTER REGIONAL OFFICE

February 24, 2025

Ronald Muhammad
817 Post Avenue
Rochester, NY 14619

      Re:    Ronald Muhammad v. Annucci, et al.
             22-CV-6025

Dear Mr. Muhammad:

      Enclosed please find a copy of Defendants Memorandum of Law in the above-referenced matter, which was filed electronically with the U.S. District Court for the Western District of New York today.

                                  Very truly yours,

                                *s/Muditha Halliyadde*
                                MUDITHA HALLIYADDE
                                Assistant Attorney General

MH:kj
Enclosures

    cc:    Clerk (via CM/ECF)