UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

RONALD MUHAMMAD,

                Plaintiff,

vs                                  **NOTICE OF MOTION**

                                                22-CV-6025

ANTHONY ANNUCCI, et. al.,

                Defendants.
_____

**PLEASE TAKE NOTICE** that upon the pleadings in this action, all prior proceedings, and the accompanying Memorandum of Law, Domery Declaration with Exhibits therein and Declaration of Muditha Halliyadde with Exhibits therein, the Defendant, the New York State Department of Corrections and Community Supervision ("DOCCS') moves this Court for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the operative complaint and all claims against it, as well as such other and further relief as this Court may deem just and proper.

If any portion of this motion is denied, Defendant requests 30 days from the filing of the Court's decision on this Motion in which to submit answers regarding any remaining claims. This Motion is submitted on the papers. No oral argument is requested. Defendant reserves the right to file reply papers.

Dated:     July 23, 2025
               Rochester, New York

                                          LETITIA JAMES
                                          Attorney General of the State of New York
                                          *Attorney for Defendant*

                                          s/*Muditha Halliyadde*

Muditha Halliyadde
Assistant Attorney General, of Counsel
NYS Office of the Attorney General
144 Exchange Boulevard, Suite 200
Rochester, New York 14614
Telephone: (585) 546-7430
Muditha.Halliyadde@ag.ny.gov

## CERTIFICATE OF SERVICE

I certify that on July 23, 2025, I electronically filed the foregoing Notice of Motion on behalf of Defendant with the Clerk of the District Court using CM/ECF system, which sent notification of such filing to the following:

1. N/A

And, I hereby certify that I have mailed, by the United States Postal Service, the document to the following non-CM/ECF participant(s):

>Ronald Muhammad
>817 Post Avenue
>Rochester, New York 14619

Dated: July 23, 2025
    Rochester, NY

>LETITIA JAMES
>Attorney General of the State of New York
>*Attorney for Defendant*
>
>s/*Muditha Halliyadde*
>Muditha Halliyadde
>Assistant Attorney General, of Counsel
>NYS Office of the Attorney General
>144 Exchange Boulevard, Suite 200
>Rochester, New York 14614
>Telephone: (585) 546-7430
>Muditha.Halliyadde@ag.ny.gov