

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES
ROCHESTER REGIONAL OFFICE

July 23, 2025

Ronald Muhammad
817 Post Avenue
Rochester, NY 14619

Re: Ronald Muhammad v. Annucci, et al.
22-CV-6025

Dear Mr. Muhammad:

    Enclosed please find a copy of Defendants Motion to Dismiss in the above-referenced matter, which was filed electronically with the U.S. District Court for the Western District of New York today.

Very truly yours,

*s/Muditha Halliyadde*
MUDITHA HALLIYADDE
Assistant Attorney General

MH:kj
Enclosure

cc: Clerk (via CM/ECF)